FILED

08/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0110

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 19-0110

BEAU BURCH-LUCICH and MT HUNTING OUTFITTER, INC.,

     Appellants,

v.

RICK WEMPLE, individually and as the assumed business name RICK WEMPLE OUTFITTING, d/b/a RICK WEMPLE'S SCHOOL OF GUIDING AND OUTFITTING; RICK WEMPLE BOOKING AGENCY, INC.; and RICK WEMPLE OUTFITTING, INC.,

     Appellees.

_____

**ORDER**

_____

Before this Court is the parties' Stipulation for Dismissal with Prejudice, and the Court having read and reviewed the Stipulation and good cause appearing:

IT IS HEREBY ORDERED the above-captioned case is DISMISSED WITH PREJUDICE.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 13 2020